2464.   SMITH *et al. v.* GOODE & NICHOLS FURNITURE CO.

HILL, C. J.   The pastor and trustees of the "Colored Methodist Episcopal Church in America," located at Griffin, Georgia, unincorporated, bought a piano for the use of the church.   It was placed in the church and was used in religious services for two years, until the "pedals were worn slick."   *Held,* that irrespective of the authority of the pastor and trustees who purchased the piano, its use by the church for so long a period conclusively shows a ratification of the purchase; and the property of the church, held by trustees, is subject to the debt contracted for the piano.   *Kelsey* v. *Jackson,* 123 *Ga.* 113 (50 S. E. 951); *Haney School Furniture Co.* v. *Hightower Baptist Institute,* 113 *Ga.* 289 (38 S. E. 761); Wright *v.* Vineyard Methodist Church, 72 Minn. 78 (74 N. W. 1015).                    *Judgment affirmed.*

DECIDED JULY 19, 1910.

Complaint; from city court of Griffin—Judge Clark presiding. January 5, 1910.

*W. E. H. Searcy Jr.,* for plaintiffs in error.   *W. H. Beck,* contra.